# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICO MALLARD CRUMP,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-0050 |
| v. | : | (JUDGE MANNION) |
| **WARDEN, RONNIE HOLT,** | : | |
| Respondent | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 16, 2020**
19-0050-01-Order